## JOHN ROBISON
### v.
## JOHN FEARSON

### 1811

### Journal Entries

1. Discontinued . . . . . . . . . . *Journal, infra,* *p. 355

## PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . .